UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JOAN ELAINE BAXTER

                                                               ORDER OF DISMISSAL

    -against-                                                      CV-03-4513 (DRH)

CHASE BANK
-----------------------------------------------------------------X

       The case having been dismissed without prejudice on October 6, 2003  for plaintiff to file

an amended complaint within 30 days of the date of the order, and plaintiff having filed an appeal

which was dismissed on July 15, 2004, and  plaintiff having failed to file an amended complaint,

       IT IS HEREBY ORDERED that the case is dismissed.

       The clerk is directed to  close this case.


       SO ORDERED.


                                      /s/
                                 DENIS  R. HURLEY
                          United States District Judge

Dated: Central Islip, New York
       January 31, 2006